**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 0:26-cv-60454-EA

VICTORIA LOGRASSO,

Plaintiff,

v.

AMERICAN EXPRESS TRAVEL
RELATED SERVICES COMPANY, INC.,

Defendant.

_______________________________ /

**JOINT STIPULATION TO ARBITRATE**

Plaintiff VICTORIA LOGRASSO and Defendant AMERICAN EXPRESS TRAVEL RELATED SERVICES COMPANY, INC. (collectively, "the Parties"), hereby jointly stipulate as follows:

1. Plaintiff agrees that the claims she has asserted in this case are covered by the U.S. Employment Arbitration Acknowledgement Form ("Arbitration Agreement") that she executed on July 15, 2024, and that she may only pursue those claims in arbitration before the American Arbitration Association pursuant to the terms of the Arbitration Agreement and the American Express U.S. Employment Arbitration Policy ("Arbitration Policy") incorporated therein.

2. The Parties agree that, should Plaintiff pursue her claims in arbitration, all aspects of the arbitration – including the initiation of the arbitration, procedures, fees, etc. – shall be governed by the terms of the Arbitration Policy.

3. The Parties agree that the arbitration proceedings shall take place in or around Broward County, Florida.

4. Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), the Parties stipulate that this matter shall be dismissed without prejudice, with each party to bear its own costs and attorneys' fees.

WHEREFORE, the Parties respectfully request that this Court enter an Order dismissing this case in accordance with the stipulated terms above.

Dated this 19th day of March, 2026.

Respectfully submitted,

s/ Peter M. Hoogerwoerd*
Peter M. Hoogerwoerd, Esq.
Fla. Bar No. 0188239
REMER, GEORGES-PIERRE, &
HOOGERWOERD, PLLC
2745 Ponce de Leon Blvd.
Coral Gables, FL 33134
Tel: (305) 416-5000
pmh@rgph.law

s/ Sharon A. Lisitzky
Sharon A. Lisitzky, Esq.
Fla. Bar No. 0382700
LISITZKY LAW GROUP P.A.
20704 W. Dixie Highway
Aventura, FL 33180
Tel.: (305) 632-8444
sharon@lislawgroup.com

*with permission from Plaintiff's counsel

**CERTIFICATE OF SERVICE**

I hereby certify that on March 19, 2026, I filed the foregoing with the Clerk of the Court via CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission or Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

s/ Sharon A. Lisitzky________
Sharon A. Lisitzky
Counsel for Defendant

**SERVICE LIST**

Peter M. Hoogerwoerd, Esq.
Remer, Georges-Pierre, & Hoogerwoerd, PLLC
2745 Ponce de Leon Blvd.
Coral Gables, FL 33134
Telephone: (305) 416-5000
Email: pmh@rgpattorneys.com
jag@rgph.law
niuri.reyes@rgph.law
pmh@ecf.courtdrive.com
pmh@rgph.law
pmhlegal.federalcourtpleadings@gmail.com